UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DESTHER FLOYD, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2292 |
| SAMANTHA DINELLA, ET AL. | * | SECTION "O" (2) |

## ORDER AND REASONS

Pending before me is a Motion to Compel filed by Defendants, MGA Insurance Company d/b/a GAINSCO Insurance Company & Samantha Di Nella.  ECF No. 13.  The motion was scheduled for submission on Wednesday, May 28, 2025.  Plaintiffs have not filed an Opposition, and the deadline for same expired on Tuesday, May 20, 2025.  *See* E.D. La. L.R. 7.5.

Defendants issued discovery on March 6, 2025.  ECF No. 13-5.  When Plaintiffs failed to respond timely, Defendants granted an extension through April 28, 2025.  ECF No. 13-8 at 2. Despite requesting the responses, no responses have been provided.  Accordingly, Defendants seek an order compelling Plaintiffs to respond.  ECF No. 13.

Having considered the record, the written submissions of counsel, the lack of Opposition Memoranda, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 13) is GRANTED; Plaintiffs must deliver full and complete responses within 7 days.  This Order reserves to Defendants the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with Fed. R. Civ. P. 37(a)(5).

New Orleans, Louisiana, this 28th day of May, 2025.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

1